412

**CONRAD NATIONAL BANK v. UNITED STATES.**

No. 9835.

Circuit Court of Appeals, Ninth Circuit.

Aug. 8, 1941.

Walchli & Korn, of Kalispell, Mont., and Murphy, Garlington & Pauly, of Missoula, Mont., for appellant.

John B. Tansil, U. S. Atty., of Billings, Mont., and R. Lewis Brown, Asst. U. S. Atty., of Butte, Mont., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that mandate of this court in this cause issue forthwith.

**Peter J. FORTHOFFER v. Robert H. HUDSPETH, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 2381.

Circuit Court of Appeals, Tenth Circuit.

Sept. 8, 1941.

Homer Davis, Asst. U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. MORRIS PLAN COMPANY OF ST. JOSEPH.**

No. 12081.

Circuit Court of Appeals, Eighth Circuit.

July 14, 1941.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

R. L. Douglas, of St. Joseph, Mo., for respondent.

PER CURIAM.

Petition for review of decision of United States Board of Tax Appeals, 42 B.T. A. 1190, docketed and dismissed without costs to either party in this court, on motion of petitioner and consent of respondent.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. W. A. SHAEFFER PEN COMPANY.**

No. 12104.

Circuit Court of Appeals, Eighth Circuit.

Aug. 12, 1941.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Preston B. Kavanagh, of Washington, D. C., for respondent.

PER CURIAM.

Petition for review of decision of United States Board of Tax Appeals docketed and dismissed without costs to either party in this court, on motion of petitioner and consent of respondent.